NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001113
18-DEC-2014
08:07 AM

NO. CAAP-14-0001113

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
ARIANA AKUNA, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DCW-13-0004546)

ORDER APPROVING THE DECEMBER 2, 2014
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal," filed by Defendant-Appellant Ariana Akuna, on December 2, 2014, the papers in support, and the record,

IT IS HEREBY ORDERED that the stipulation is approved, and the appeal in No. CAAP-14-0001113 is dismissed.

DATED: Honolulu, Hawai'i, December 18, 2014.

Chief Judge

Associate Judge

Associate Judge